# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
NIXA APARTMENTS, LIMITED PARTNERSHIP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 05-1299C
(Filed: March 20, 2006)

## ORDER

The parties joint motion, filed February 10, 2006, for a stay of proceedings in the above matter is **GRANTED.** The parties shall provide a joint status report to the Court 14 days after the conclusion of the ADR.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims